IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA HARMAN, Individually and on, Behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACT. NO. 3:21-cv-697-ECM ) |
| TAURUS INTERNATIONAL, MANUFACTURING, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered on March 15, 2023, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of March, 2023.

                                                /s/ Emily C. Marks
                                             EMILY C. MARKS
                                             CHIEF UNITED STATES DISTRICT JUDGE